1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  GEORGE O. HAGEMAN (CABN 332457)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6511
7      Fax: (415) 436-7234
       George.Hageman@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,              ) NO. 3:23-CR-00271-WHA
                                            )
14 |        Plaintiff,                      ) NOTICE OF DISMISSAL
                                            )
15 |   v.                                   )
                                            )
16 | VICTOR SANCHEZ BRAVO,                  )
                                            )
17 |        Defendant.                      )
                                            )
18

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20 States Attorney for the Northern District of California dismisses the above indictment against Victor

21 Sanchez Bravo.

22

23 DATED: October 27, 2023                      Respectfully submitted,

24                                               ISMAIL J. RAMSEY
                                                 United States Attorney
25                                               THOMAS COLTHURST
                                                 Digitally signed by THOMAS COLTHURST
26                                               Date: 2023.10.27 08:19:22 -07'00'

                                                 THOMAS A. COLTHURST
27                                               Chief, Criminal Division

28

   NOTICE OF DISMISSAL
   No. 3:23-CR-00271-WHA

Leave is granted to the government to dismiss the indictment against Victor Sanchez Bravo.

Date: OCT 3 1 2023

HON. WILLIAM H. ALSUP
United States District Judge

NOTICE OF DISMISSAL
No. 3:23-CR-00271-WHA